CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
JAN 31 2011
JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ROBERT TRUSSELL,<br>    Plaintiff, | ) ) ) | Civil Action No. 7:11-cv-00026 |
| v. | ) ) ) | ORDER |
| COMMONWEALTH OF<br>    VIRGINIA, et al.,<br>    Defendants. | ) ) ) ) | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that plaintiff's request to proceed in forma pauperis is **GRANTED**; plaintiff's complaint is **DISMISSED without prejudice as frivolous**, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i); and the action is **STRICKEN** from the active docket of the court. Plaintiff may refile a clearer and more detailed complaint at the time of his choice.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This 31st day of January, 2011.

/s/ Jackson L. Kiser
Senior United States District Judge